IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| American Electric Power Service Corporation, American Transmission Systems Incorporated, Dayton Power and Light Company, Duke Energy Business Services LLC, Duke Energy Kentucky, Inc., Duke Energy Ohio, Inc., Jersey Central Power & Light Company, Keystone Appalachian Transmission Company, Mid-Atlantic Interstate Transmission LLC, Monongahela Power Company, PPL Electric Utilities Corporation, The Potomac Edison Company, Trans-Allegheny Interstate Line Company, and Virginia Electric and Power Company d/b/a Dominion Energy Virginia, <br><br> *Petitioners*, <br><br> v. <br><br> Federal Energy Regulatory Commission, <br><br> *Respondent.* | No. 24-1361 |

**CERTIFICATE AS TO PARTIES, RULINGS,
AND RELATED CASES**

In accordance with this Court's procedural order dated November 26, 2024, Petitioners, as listed in the caption, certify the following:

### A. Parties and Movant-Intervenors

Petitioners are Transmission Owners operating in the footprint of PJM Interconnection, L.L.C. (PJM). Respondent is the Federal Energy Regulatory Commission (FERC). PJM has filed a motion to intervene in support of Petitioners. The PJM Industrial Customer Coalition and American Municipal Power, Inc. have filed motions to intervene in support of Respondent. These motions have not yet been acted upon.

### B. Rulings Under Review

The Petitioners seek review under Section 313(b) of the Federal Power Act, 16 U.S.C. § 825l(b), of the following Orders of the Federal Energy Regulatory Commission:

1) *American Municipal Power, Inc., et al. v. PJM Interconnection, L.L.C., Order on Complaint and Section 206 Filing, and Establishing Paper Hearing Procedures*, Docket Nos. EL22-80-000, *et al.*, 188 FERC ¶ 61,055 (July 25, 2024) (July 2024 Order); and

2) *American Municipal Power, Inc., et al. v. PJM Interconnection, L.L.C., Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration*, Docket Nos. EL22-80-001, *et al.*, 188 FERC ¶ 62,155 (Sept. 26, 2024) (September 2024 Denial Notice).

### C. Related Cases

Petitioners are not aware of any related cases.

Respectfully submitted,

/s/ David M. Gossett

| | |
|---|---|
| John Longstreth | David M. Gossett |
| Donald A. Kaplan | Michael Kunselman |
| K&L Gates LLP | Richard P. Sparling |
| 1601 K Street, NW | Davis Wright Tremaine LLP |
| Washington, DC 20006 | 1301 K Street, NW |
| (202) 778-9000 | Suite 500 East |
| john.longstreth@klgates.com | Washington, DC 20005 |
| don.kaplan@klgates.com | (202) 973-4200 |
| | davidgossett@dwt.com |
| Steven M. Nadel | michaelkunselman@dwt.com |
| *Senior Counsel* | ricksparling@dwt.com |
| PPL Services Corporation | |
| 645 Hamilton Street | Morgan E. Parke |
| Suite 601 | *Associate General Counsel* |
| Allentown, PA 18101 | Amanda Parker |
| (610) 774-4775 | *FERC Attorney* |
| SMNadel@pplweb.com | FirstEnergy Service Company |
| *Attorneys for PPL Electric Utilities Corporation* | 76 South Main Street A-GO-15 |
| | Akron, OH 44308 |
| | (330) 384-4595 |
| | mparke@firstenergycorp.com |
| | aparker@firstenergycorp.com |
| | |
| | *Attorneys for the FirstEnergy Transmission Companies*[1] |

---

[1] Petitioners American Transmission Systems, Incorporated, Jersey Central Power & Light Company, Keystone Appalachian Transmission Company, Mid-Atlantic Interstate Transmission LLC, Monongahela Power Company, The Potomac Edison Company, and Trans-Allegheny Interstate Line Company are collectively the "FirstEnergy Transmission Companies."

3

Jessica Cano
*Assistant General Counsel-FERC*
American Electric Power Service Corporation
1 Riverside Plaza
Columbus, OH 43215
(614) 716-2921
jacano@aep.com

*Attorney for American Electric Power Service Corporation*

Molly Suda
*Associate General Counsel*
Duke Energy Corporation
1301 Pennsylvania Ave NW
Suite 200
Washington, DC 20004
(202) 824-8011
molly.suda@duke-energy.com
*Attorney for Duke Energy*[2]

William M. Rappolt
*Assistant General Counsel, FERC*
AES US Services, LLC
4300 Wilson Blvd
Arlington, VA 22203
(571) 533-9018
william.rappolt@aes.com

*Attorney for The Dayton Power and Light Co. d/b/a AES Ohio*

Christopher R. Jones
Miles H. Kiger
Troutman Pepper Hamilton Sanders LLP
401 9th Street, NW
Suite 1000
Washington, DC 20004
(202) 662-2181
Chris.Jones@troutman.com
Miles.Kiger@troutman.com

Cheri Yochelson
*Assistant General Counsel*
Dominion Energy Services, Inc.
120 Tredegar Street, RS-5
Richmond, VA 23219
(804) 819-2691
Cheri.M.Yochelson@dominionenergy.com

*Attorneys for Dominion Energy Services, Inc. on behalf of Virginia Electric and Power Company d/b/a Dominion Energy Virginia*

Dated: December 26, 2024

---

[2] Petitioners Duke Energy Business Services LLC ("DEBS"), Duke Energy Kentucky, Inc. ("DEK"), and Duke Energy Ohio, Inc. ("DEO") are collectively "Duke Energy."

4

# CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2024, I caused a true and correct copy of the foregoing Certificate as to Parties, Rulings, and Related Cases to be served on all parties via the Court's CM/ECF system.

Respectfully submitted,

<u>/s/ David M. Gossett</u>
David M. Gossett
Davis Wright Tremaine LLP
1301 K Street, NW
Suite 500 East
Washington, DC 20005
(202) 973-4200
davidgossett@dwt.com

*Attorney for the FirstEnergy Transmission Companies*