# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. **24-1361**    2. DATE DOCKETED: **11-25-2024**
3. CASE NAME (lead parties only) **American Electric Power Service Corp., et al.** v. **Federal Energy Regulatory Commission**
4. TYPE OF CASE: [x] Review  [ ] Appeal  [ ] Enforcement  [ ] Complaint  [ ] Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? [ ] Yes  [x] No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: **Federal Energy Regulatory Commission**
   b. Give agency docket or order number(s): **EL22-80-000 & -001 (188 FERC ¶ 61,055 & 188 FERC ¶ 62,155)**
   c. Give date(s) of order(s): **July 25, 2024; September 26, 2024**
   d. Has a request for rehearing or reconsideration been filed at the agency? [x] Yes  [ ] No
      If so, when was it filled? **08-26-2024**  By whom? **American Electric Power Service Corp., et al.**
      Has the agency acted? [x] Yes  [ ] No  If so, when? **09-26-2024**
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      The challenged orders address issues regarding the scope of Petitioners' obligations to enter into contracts with PJM Interconnection, L.L.C. relating to the construction of new electric transmission facilities and ultimately impose significant additional costs on Petitioners and their customers. Petitioners intervened in the underlying FERC proceeding and timely sought agency rehearing.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      [ ] Yes  [x] No  If YES, identify case name(s), docket number(s), and court(s)
      _____
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      [x] Yes  [ ] No  If YES, give case name(s) and number(s) of these cases and identify court/agency:
      Although FERC's September 26, 2024 order denied Petitioners' rehearing request by operation of law, FERC has given notice that it will substantively address Petitioners' pending rehearing request in a future order.
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? [ ] Yes  [x] No  If YES, provide program name and participation dates.
      _____

Signature **/s/ David M. Gossett**   Date **12-26-2024**
Name of Counsel for Appellant/Petitioner **David M. Gossett**
Address **1301 K Street, N.W., Suite 500 East, Washington, DC 20005-3317**
E-Mail **davidgossett@dwt.com**   Phone ( **202** ) **973-4216**   Fax ( **202** ) **973-4499**

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2024, I caused a true and correct copy of the foregoing Agency Docketing Statement to be served on all parties via the Court's CM/ECF system.

Respectfully submitted,

/s/ David M. Gossett
David M. Gossett
Davis Wright Tremaine LLP
1301 K Street, NW
Suite 500 East
Washington, DC 20005
(202) 973-4200
davidgossett@dwt.com

*Attorney for the FirstEnergy Transmission Companies*