# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| American Electric Power Service Corporation, American Transmission Systems Incorporated, Dayton Power and Light Company, Duke Energy Business Services LLC, Duke Energy Kentucky, Inc., Duke Energy Ohio, Inc., Jersey Central Power & Light Company, Keystone Appalachian Transmission Company, Mid-Atlantic Interstate Transmission LLC, Monongahela Power Company, PPL Electric Utilities Corporation, The Potomac Edison Company, Trans-Allegheny Interstate Line Company, and Virginia Electric and Power Company d/b/a Dominion Energy Virginia, <br><br> *Petitioners*, <br><br> *v.* <br><br> Federal Energy Regulatory Commission, <br><br> *Respondent.* | No. 24-1361 |

## STATEMENT OF INTENT REGARDING DEFERRED JOINT APPENDIX

In accordance with this Court's procedural order dated November 26, 2024, Petitioners, as listed in the caption, respectfully note that they expect a deferred joint appendix would be useful, even given the

relatively limited record in the proceedings below at the Federal Energy Regulatory Commission. Petitioners will revisit the appropriateness of a deferred joint appendix once the parties to the litigation are confirmed.

                                            Respectfully submitted,

                                            <u>/s/ David M. Gossett</u>

| | |
|---|---|
| John Longstreth | David M. Gossett |
| Donald A. Kaplan | Michael Kunselman |
| K&L Gates LLP | Richard P. Sparling |
| 1601 K Street, NW | Davis Wright Tremaine LLP |
| Washington, DC 20006 | 1301 K Street, NW |
| (202) 778-9000 | Suite 500 East |
| john.longstreth@klgates.com | Washington, DC 20005 |
| don.kaplan@klgates.com | (202) 973-4200 |
| | davidgossett@dwt.com |
| Steven M. Nadel | michaelkunselman@dwt.com |
| *Senior Counsel* | ricksparling@dwt.com |
| PPL Services Corporation | |
| 645 Hamilton Street | Morgan E. Parke |
| Suite 601 | *Associate General Counsel* |
| Allentown, PA 18101 | Amanda Parker |
| (610) 774-4775 | *FERC Attorney* |
| SMNadel@pplweb.com | FirstEnergy Service Company |
| *Attorneys for PPL Electric Utilities Corporation* | 76 South Main Street A-GO-15 |
| | Akron, OH 44308 |
| | (330) 384-4595 |
| | mparke@firstenergycorp.com |
| | aparker@firstenergycorp.com |
| | |
| | *Attorneys for the FirstEnergy Transmission Companies*[1] |

---

[1] Petitioners American Transmission Systems, Incorporated, Jersey Central Power & Light Company, Keystone Appalachian Transmission Company, Mid-Atlantic Interstate Transmission LLC, Monongahela Power Company, The Potomac Edison Company, and Trans-Allegheny Interstate Line Company are collectively the "FirstEnergy Transmission Companies."

3

| | |
|---|---|
| Jessica Cano<br>*Assistant General Counsel-FERC*<br>American Electric Power Service Corporation<br>1 Riverside Plaza<br>Columbus, OH 43215<br>(614) 716-2921<br>jacano@aep.com<br><br>*Attorney for American Electric Power Service Corporation*<br><br>Molly Suda<br>*Associate General Counsel*<br>Duke Energy Corporation<br>1301 Pennsylvania Ave NW<br>Suite 200<br>Washington, DC 20004<br>(202) 824-8011<br>molly.suda@duke-energy.com<br>*Attorney for Duke Energy*[2]<br><br>William M. Rappolt<br>*Assistant General Counsel, FERC*<br>AES US Services, LLC<br>4300 Wilson Blvd<br>Arlington, VA 22203<br>(571) 533-9018<br>william.rappolt@aes.com<br><br>*Attorney for The Dayton Power and Light Co. d/b/a AES Ohio* | Christopher R. Jones<br>Miles H. Kiger<br>Troutman Pepper Hamilton Sanders LLP<br>401 9th Street, NW<br>Suite 1000<br>Washington, DC 20004<br>(202) 662-2181<br>Chris.Jones@troutman.com<br>Miles.Kiger@troutman.com<br><br>Cheri Yochelson<br>*Assistant General Counsel*<br>Dominion Energy Services, Inc.<br>120 Tredegar Street, RS-5<br>Richmond, VA 23219<br>(804) 819-2691<br>Cheri.M.Yochelson@dominionenergy.com<br><br>*Attorneys for Dominion Energy Services, Inc. on behalf of Virginia Electric and Power Company d/b/a Dominion Energy Virginia* |

Dated: December 26, 2024

---

[2] Petitioners Duke Energy Business Services LLC ("DEBS"), Duke Energy Kentucky, Inc. ("DEK"), and Duke Energy Ohio, Inc. ("DEO") are collectively "Duke Energy."

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2024, I caused a true and correct copy of the foregoing Statement of Intent Regarding Deferred Joint Appendix to be served on all parties via the Court's CM/ECF system.

Respectfully submitted,

/s/ David M. Gossett
David M. Gossett
Davis Wright Tremaine LLP
1301 K Street, NW
Suite 500 East
Washington, DC 20005
(202) 973-4200
davidgossett@dwt.com

*Attorney for the FirstEnergy Transmission Companies*